FILED 20 MAY '26 11:56 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

UNITED STATES OF AMERICA

v.

EVAN CHRISTOPHER COFFMAN,

Defendant.

3:26-cr-00167-AN

**INDICTMENT**

**21 U.S.C. § 841(a)(1), (b)(1)(C)**

**Forfeiture Allegation**

### THE GRAND JURY CHARGES:

### COUNT 1
### (Possession with Intent to Distribute Fentanyl)
### (21 U.S.C. § 841(a)(1), (b)(1)(C))

On or about May 9, 2023, in the District of Oregon, defendant **EVAN CHRISTOPHER COFFMAN** did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

### COUNT 2
### (Possession with Intent to Distribute Cocaine)
### (21 U.S.C. § 841(a)(1), (b)(1)(C))

On or about May 9, 2023, in the District of Oregon, defendant **EVAN CHRISTOPHER COFFMAN** did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**Indictment**                                                                                                   **Page 1**

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in Counts One or Two of this indictment, defendant **EVAN CHRISTOPHER COFFMAN** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from any proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations alleged in any offense set forth in Counts One or Two of this Indictment.

Dated: May 19, 2026                                   A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:
SCOTT E. BRADFORD
United States Attorney

CASSADY A. ADAMS, CO Bar #48807
Assistant United States Attorney

**Indictment**                                                                **Page 2**